UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Donnie Ray Andrews,

Plaintiff,

vs.

R & M Manufacturing Co.,

Defendant.

**STIPULATION AND ORDER FOR EXTENSION OF TIME IN WHICH TO ANSWER**

Case No. CV 01-1054 ~~MSD/SGL~~ MJD/JGL

---

IT IS HEREBY STIPULATED by and between the parties to the above-entitled matter that defendant may have an extension until December 8, 2001, to serve and file its Answer or otherwise plead.

RIDER, BENNETT, EGAN & ARUNDEL, LLP

By Melissa A. Hortman
Sheila Engelmeier (175250)
Melissa A. Hortman (258581)
Attorneys for Defendant
2000 Metropolitan Centre
333 South Seventh Street
Minneapolis, Minnesota 55402
(612) 340-7924/7921

DATED: 10/2, 2001

WILLIAMS & IVERSON, P.A.

By [signature]
Richard A. Williams, Jr. (117559)
Attorneys for Plaintiff
1611 West County Road B, Suite 208
Roseville, MN 55113
(651) 848-0280

DATED: 10/5, ~~1997~~ 2001

FILED OCT 09 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

Based upon the foregoing Stipulation,

IT IS HEREBY ORDERED that defendant's time in which to serve and file its Answer or otherwise plead is extended to December 8, 2001.

BY THE COURT:

United States Magistrate Judge

DATED: Oct. 9, 2001

**Please forward this announcement to the recipient of this fax.**

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500