**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**CASE NO. CV 01-1054 MJD/JGL**

**DONNIE RAY ANDREWS,**

**Plaintiff,**

**v.**

**R & M MANUFACTURING CO.,**

**Defendant.**

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The above-captioned matter, having been resolved between the parties, is hereby dismissed, with prejudice, and without further costs and disbursements to either party.

DATED: 3/26/2002

WILLIAMS & IVERSEN, P.A.

Richard A. Williams, Jr. 17559
1611 West County Road B
Suite 208
Roseville, MN 55113
ATTORNEYS FOR PLAINTIFF
651-848-0280/Phone 651-848-0282/Fax

DATED: 4/1/02

RIDER BENNETT EGAN & ARUNDEL

Melissa A. Hortman 258581
333 South Seventh Street, Suite 2000
Minneapolis, MN 55402
ATTORNEYS FOR DEFENDANT

**SO ORDERED:**

**Judge of U.S. District Court**
**Dated:** April 10, 2002

FILED APR 10 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK